```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 60581
  CYNTHIA BILAL WARREN
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-5601


-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/05 and confirmed on 01/06/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  20012.50 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 3708.00 | .00 | 3708.00 |
| BRANDYWINE TOWNE HOUSES | SECURED | 619.00 | .00 | 619.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1330.18 | .00 | 1330.18 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CASHBACK PAYDAY ADVANCES | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 745.00 | .00 | 745.00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| EXCALIBUR CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 238.82 | .00 | 238.82 |
| FLAGG CREEK WATER RECLAM | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS FINANCIAL SOLUTI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 8802.00 | .00 | 8802.00 |
| LOYOLA UNIVERSITY & HOSP | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE COMMERCIAL LP | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BK | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |

```
WASHINGTON MUTUAL CARD S  UNSECURED       NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S  UNSECURED       NOT FILED              .00           .00
RISK MANAGEMENT           UNSECURED       NOT FILED              .00           .00
SONIC PAYDAY              UNSECURED       NOT FILED              .00           .00
SOUND & SPIRIT            UNSECURED       NOT FILED              .00           .00
UNITED PARCEL SERVICE     FILED LATE            .00              .00           .00
WASHINGTON MUTUAL BANK    UNSECURED       NOT FILED              .00           .00
WOLPOFF & ABRAMS          UNSECURED       NOT FILED              .00           .00
ERS                       UNSECURED          789.19              .00        789.19
       Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 4327.00      1330.18      10575.01           .00      16232.19
PRINCIPAL PAID     4327.00      1330.18      10575.01           .00      16232.19
INTEREST PAID          .00           .00           .00          .00           .00
TOTAL PAID         4327.00      1330.18      10575.01           .00      16232.19
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   2950.00
and was paid $    100.80   direct and $   2849.20   through the plan.

The Trustee received $     843.44 .

Refunds to the Debtor totaled $      87.67 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


       Dated: 09/09/08                /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 05 B 60581 CYNTHIA BILAL WARREN